IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                         CRIMINAL NO. 3:04-cr-26-HTW-FKB

RUSSELL LAWAYNE MONTAGUE

## ORDER CONTINUING REVOCATION HEARING

Upon the filing of a Motion to Continue Revocation Hearing by the United States of America, and having considered the unavailability of government counsel and the entirety of the files and records herein, this Court overrules any objection by the defendant. For the reasons stated in the government's motion, this Court hereby GRANTS the motion and resets the revocation hearing to October 29, 2019 at 10:00 AM.

/s/HENRY T. WINGATE
HENRY T. WINGATE
United States District Judge

Presented by:

/s/ Kimberly T. Purdie
Kimberly T. Purdie
Assistant United States Attorney